1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7129
7  FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,      ) No. CR 3-05-00500 VRW
                                    )
15 |     Plaintiff,                 ) PETITION FOR WRIT OF HABEAS
                                    ) CORPUS AD PROSEQUENDUM
16 |  v.                            )
                                    )
17 | PEDRO MARTINEZ-HERNANDEZ,      )
                                    )
18 |     Defendant.                 )
                                    )
19 |_____)

20

21       To the Honorable Bernard Zimmerman, United States Magistrate Judge for the United

22  States District Court for the Northern District of California:

23       The United States of America respectfully petitions the Court to issue a Writ of Habeas

24  Corpus Ad Prosequendum for the prisoner Pedro Martinez-Hernandez. The prisoner is required

25  to appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty

26  //

27  //

28
    PETITION FOR WRIT OF HABEAS
    CORPUS AD PROSEQUENDUM
    CR 3-05-00500 VRW

1  Magistrate in the above-referenced case. His place of custody and jailor are set forth in the
2  following writ.
3  DATED: March 17, 2006                              Respectfully submitted,

                                                    KEVIN V. RYAN
                                                    United States Attorney

                                                    /s/
                                                    JOSEPH A. FAZIOLI
                                                    Assistant United States Attorney

IT IS SO ORDERED.
DATED: 17 March 06

                                                    HON. BERNARD ZIMMERMAN
                                                    United States Magistrate Judge

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CR 3-05-00500 VRW                                   2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of the California State Prison, 4001 King Avenue, Corcoran, CA 93212 (phone: 559-992-8800).

**GREETINGS**

The prisoner, Pedro Martinez-Hernandez, CDC #V22609, is in custody in the above-referenced institution. He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH. You shall bring him before the Duty Magistrate, 15th Floor, as soon as possible. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: 3/17/2006

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CR 3-05-00500 VRW                                3